# CRIMINAL COURT MINUTES

## U.S. MAGISTRATE JUDGE LINNEA R. JOHNSON   DATE: 09/03/2008

FILED by _____ D.C.
TIME: 10:00 AM
SEP - 3 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

DEFT:   JEAN BASTIEN   (J)

AUSA:   SHANIEK MAYNARD

AGENT:   LORI CERCY-ICE

PROCEEDING:   INITIAL HEARING

CASE NO:   08-8242-LRJ

ATTY:   FPD - Sam Smargon

VIOL:   18:911

RECOMMENDED BOND:   PTD (REQUESTED BY GOVT)

BOND/PTD HEARING HELD - yes / no

BOND SET @:

LANGUAGE:   ENGLISH

PRISONER#

❑  All Standard Conditions.

❑  Surrender / or do not obtain passports / travel documents

❑  Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person

❑  Refrain from excessive use of alcohol

❑  Participate in a mental health assessment and treatment

❑  Random urine testing by Pretrial Services and/or treatment as deemed necessary

❑  Not to encumber property.

❑  Maintain or seek full - time employment/education.

❑  No contact with victims / witnesses.

❑  No firearms.

❑  May Not visit Transportation Establishments.

❑  Travel extended to: _____.

❑  Home Confinement/Electronic Monitoring/Curfew _____, paid by _____.

❑  Other_____

Disposition:   Initial held
Deft present - advised of rights
Court questions deft, finds
him indigent & appoints FPD

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 9-10-08 | 10 Am | Vitunac | WPB |
| PRELIM/ARRAIGN. OR REMOVAL: | 9-17-08 | " | " | " |
| STATUS CONFERENCE | | | | |

TAPE No.   LRJ 08- 45   Begin: 2115   TIME IN COURT: 5 Mins