

FILED by __LW__ D.C.
ELECTRONIC

September 18, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. OF FLA. · MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-80110-CR-MARRA/VITUNAC

18 U.S.C. § 911
18 U.S.C. § 611

UNITED STATES OF AMERICA

vs.

JEAN BASTIEN,

   Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about June 28, 2008, in Palm Beach County, in the Southern District of Florida, the

defendant,

### JEAN BASTIEN,

a citizen of Haiti and therefore an alien in the United States, falsely and willfully represented himself

to be a citizen of the United States; in violation of Title 18, United States Code, Section 911.

### COUNT 2

On or about January 12, 2005, in Palm Beach County, in the Southern District of Florida, the

defendant,

### JEAN BASTIEN,

a citizen of Haiti and therefore an alien in the United States, falsely and willfully represented himself

to be a citizen of the United States; in violation of Title 18, United States Code, Section 911.

## COUNT 3

On or about November 7, 2006, in Palm Beach County, in the Southern District of Florida,

the defendant,

## JEAN BASTIEN,

a citizen of Haiti and therefore an alien in the United States, fully knowing he was not a United

States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate

for federal office; in violation of Title 18, United States Code, Section 611

A TRUE BILL

_____
FOREPERSON


_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


_____
SHANIEK MAYNARD
ASSISTANT UNITED STATES ATTORNEY

2 of 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

JEAN BASTIEN,

Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

____ Miami ____ Key West
____ FTL  _X_ WPB ____ FTP

New Defendant(s)          Yes ____  No ____
Number of New Defendants  ____
Total number of counts    ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect Creole

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                            (Check only one)

   I    0 to 5 days      _X_            Petty    ____
   II   6 to 10 days     ____            Minor    ____
   III  11 to 20 days    ____            Misdem.  ____
   IV   21 to 60 days    ____            Felony   _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. 08-8242-LRJ
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 02/03/08
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ____ Yes _X_ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ____ Yes _X_ No
   If yes, was it pending in the Central Region? ____ Yes ____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ____ Yes _X_ No

11. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes _X_ No

SHANIEK M. MAYNARD
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. 0522201

3 of 5   *Penalty Sheet(s) attached                    REV.9/11/07

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: JEAN BASTIEN**

Case No. _____

Count # 1:

18 USC § 911

*Max. Penalty: Up to 3 Years' Imprisonment; $250,000 Fine; Up to 1 Year Supervised Release

Count # 2:

18 USC § 911

*Max. Penalty: Up to 3 Years' Imprisonment; $250,000 Fine; Up to 1 Year Supervised Release

Count # 3:

18 USC § 611

*Max. Penalty: : Up to 1 Year Imprisonment; $100,000 Fine; Up to 1 Year Supervised Release

Count # :

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# **BOND RECOMMENDATION**

**JEAN BASTIEN**
Defendant

PRETRIAL DETENTION is recommended as to defendant.

SHANIEK M. MAYNARD
ASSISTANT UNITED STATES ATTORNEY