**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,          CASE NO: O8-80110-CR

                    Plaintiff

VS.

Jean Bastien                    /

**SENTENCING MINUTES**

DATE: 1/23/09          Court Reporter:  Stephen Franklin

AUSA Shanick Maynard   Defense Counsel: Panayotta Augustin-Birch

                       Deputy Clerk: Irene Rivera

____ Deft. Failed to appear - warrant to issue.  Bond Forfeited.

____ Sentencing cont'd until ____/____/____ At _____am/pm

**JUDGMENT AND SENTENCE**

Imprisonment TimeServed MONTHS as to COUNTS 1+3 to be served concurrently

Probation _____ YEARS as to COUNTS _____

Comments_____

**Supervised Release** ONE YEARS as to Cts 1+3

____ Maintain employment ____ Search of person/property ✓ Deportation

____ Mental Health/Substance Abuse Treatment ____ Drug/Alcohol treatment

____ Financial disclosure ____ No debt ____ No self-employment

_____

_____

Assessment $ 125.00 Fine ∅ Restitution: _____

____ Counts remaining dismissed on Government motion _____

✓ Defendant advised of his right to appeal.

✓ Remanded to U.S. Marshal

____ Voluntary Surrender on or before _____

Recommendation to the Bureau of Prisons So Fla.

_____

Time in court: :06